# Court of Appeals
# of the State of Georgia

ATLANTA,  October 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0185.  WILLIAM A. ACREE v. STANLEY WILLIAMS et al.**

On August 15, 2017, the trial court denied prisoner William A. Acree's filing of a pro se civil action under OCGA § 9-15-2 (d) and request to proceed in forma pauperis.  Acree thereafter filed a motion for reconsideration, which was denied, and then a second motion for reconsideration, which was also denied.  On December 27, 2017, Acree filed a notice of appeal from the trial court's August 2017 order.[1]  We lack jurisdiction for two reasons.

First, because Acree is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order.  See *Jones v. Townsend*, 267 Ga. 489, 490-491 (480 SE2d 24) (1997).

Second, even if Acree had the right to a direct appeal, his appeal is untimely.  A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Acree's notice of appeal was filed more than 30

---

[1] Acree has submitted other similar filings before the trial court.  See Case No. A18D0461, Case No. A18D0350.

days after the entry the trial court's order. Further, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).

Accordingly, for the reasons stated above, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/19/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                          , *Clerk.*